SO ORDERED.

DONE and SIGNED January 14, 2019.

_____
JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| IN RE: | § | Case Number: 18-31682 |
|---|---|---|
| | § | |
| Delta AG Group, LLC | § | |
| | § | Chapter 11 |
| Debtor | § | |

### Order Dismissing Case

Before the Court is a motion filed by Richland State Bank (the "**Bank**") seeking the dismissal of this Chapter 11 case or, in the alternative, the lifting of the automatic stay and the appointment of a Chapter 11 trustee. (Doc. 22). Also before the Court is a motion filed by the United States Trustee ("**UST**") seeking the dismissal of this case or, in the alternative, conversion of the case to Chapter 7. (Doc. 31).

Pursuant to the provisions of 11 U.S.C. § 1112 and for the reasons set forth in the Memorandum of Decision issued on this same date, the motions are hereby GRANTED and this case is hereby **DISMISSED**.

###